UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEREMY THOMAS STEVENS,<br><br>                Petitioner,<br><br>v.<br><br>DANIEL WHITE,<br><br>                Respondent. | CASE NO. C20-5521 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 18. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Petitioner's petition for habeas corpus, Dkt. 3, is **DENIED**;

(3)     A certificate of appealability is **DENIED**; and

(4)     This case is closed.

Dated this 12th day of July, 2021.

                                                        BENJAMIN H. SETTLE
                                                        United States District Judge